Opinion issued May 17, 2007 

 



 

 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00804-CR

____________


JOSE MENDOZA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 253rd District Court 

Chambers County, Texas

Trial Court Cause No. 22809






MEMORANDUM OPINION

 Appellant, Jose Mendoza, challenges the trial court's denial of his pretrial
application for habeas corpus relief. Appellant, charged with the second degree
felony offense of possession of marihuana, alleged in his writ application that the
State failed to timely obtain an indictment and that he should be released on a
personal recognizance bond.

 Appellant has been convicted of the underlying offense and is no longer subject
to pretrial confinement. The pretrial writ is therefore moot. See Martinez v. State,
826 S.W.2d 620, 620 (Tex. Crim. App. 1992); Hubbard v. State, 841 S.W.2d 33, 33
(Tex. App.--Houston [14th Dist.] 1992, no pet.).

 We dismiss the appeal as moot.

 We further dismiss all pending motions as moot.


PER CURIAM



Panel consists of Justices Taft, Jennings, and Alcala


Do not publish. Tex. R. App. P. 47.2.(b).